IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

vs.                                                       No. CV 16-00702-WJ-SMV
                                                                  No. CR 01-00253-WJ

KEVIN P. BOWEN,

      Defendant/Movant.

ORDER STAYING CASE PENDING
TENTH CIRCUIT AUTHORIZATION PURSUANT TO 28 U.S.C. § 2255(h)

**THIS MATTER** is before the Court under Rule 4 of the Rules Governing Section 2255 Proceedings on Defendant/Movant Kevin P. Bowen's Motion To Vacate Judgment Under 28 U.S.C. § 2255. [CV Doc. 1; CR Doc. 112]  This is a successive § 2255 Motion and Bowen has not yet obtained authorization to proceed from the United States Court of Appeals for the Tenth Circuit. *See* 28 U.S.C. § 2255(h).  The Court notes, however, that Bowen has filed a Motion for Permission in the Tenth Circuit, seeking authorization to proceed with his § 2255 Motion. *See In re: Bowen*, No. 16-2157 (10th Cir. June 24, 2016).  The Tenth Circuit has abated Bowen's Motion for Permission, pending further order from the Court. [CV Doc. 3; CR Doc. 113]  In light of the foregoing, the Court will order this case stayed pending the Tenth Circuit's ruling on Bowen's Motion for Permission.

**IT IS ORDERED** that this matter is STAYED pending the ruling of the United States Court of Appeals for the Tenth Circuit on Bowen's Motion for Permission to file a second or successive habeas petition under 28 U.S.C. § 2255.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**